**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| WILLIE MUNN | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 5:26-CV-00008-RWS-JBB |
| v. | § | |
| | § | |
| BOWIE COUNTY SHERIFF, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Petitioner Willie Munn, proceeding *pro se*, filed the above-styled and numbered petition for the writ of habeas corpus challenging the legality of his burglary conviction. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

After review of the pleadings, the Magistrate Judge issued a Report and Recommendation on April 2, 2026, recommending that the application for the writ of habeas corpus be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 6. A copy of the Report was sent to Petitioner at his last known address but was returned as undeliverable. Docket No. 7. To date, Petitioner has not advised the Court of his current mailing address. Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address. The Court has no duty to locate litigants who do not keep the court apprised of their current address. *Ashlock v. Kelley*, No. 5:17cv209, 2019 U.S. Dist. LEXIS 104904 at *1, 2019 WL 2578628 at *1 (E.D.Tex., June 24, 2019).

Because no objections to the Magistrate Judge's Report have been filed, Petitioner is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and,

except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 6) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled application for the writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of May, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE